**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **OLA MAE ALLEN** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:08-CV-393** |
| | § | |
| | § | |
| **SIDNEY W. CLYBURN, et al.** | § | |

## ORDER

The above entitled and numbered civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his recommendation for the disposition of such action, has been presented for consideration (Doc. No. 71). The parties have made no objections to the Report and Recommendations. Plaintiff did file a Motion for Extension of Time to File Objections, (Doc. No. 79), but the Magistrate Judge denied that Motion because Plaintiff's stated reason for seeking an extension was the same reason the Magistrate Judge recommended dismissing all of her claims. (Doc. No. 80.) The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss be **GRANTED** and that all claims against all Defendants be **DISMISSED**.

**So ORDERED and SIGNED this 15th day of December, 2008.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**